UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Connie Ann Charboneau,

     Plaintiff,

v.                              Case No.  10-13868
                                    Honorable Sean F. Cox

Commissioners of Social Security,

     Defendant.
_____/

### ORDER
### ACCEPTING AND ADOPTING REPORT & RECOMMENDATION

Plaintiff brought this action seeking judicial review of the Commissioner's decision denying her applications for Disability Insurance Benefits.  Thereafter, the matter was referred to Magistrate Judge Steven Whalen for determination of all non-dispositive motions pursuant to 28 U.S.C. § 636(b0(1) and Report and Recommendation pursuant to § 636(b)(1)(B) and (C). Thereafter, the parties filed summary judgment motions.

In a Report and Recommendation ("R&R") issued on September 29, 2011, Magistrate Judge Whalen recommended that this Court grant the Commissioner's Motion for Summary Judgment and deny Plaintiff's Motion for Summary Judgment.

Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after being served with a copy of the R&R.  "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the

magistrate judge's disposition to which specific written objection has been made." *Id*.

The time for filing objections to the R&R has expired and the docket reflects that neither party has filed objections to the R&R.

The Court hereby **ADOPTS** the September 29, 2011 R&R. **IT IS ORDERED** that the Commissioner's Motion for Summary Judgment is **GRANTED** and that Plaintiff's Motion for Summary Judgment is **DENIED.**

**IT IS SO ORDERED.**

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated:  October 24, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 24, 2011, by electronic and/or ordinary mail.

S/Jennifer Hernandez
Case Manager

2